UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLOBIO FUENTES, | ) | No. SACV 15-1264 AG (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| LORETTA F. LYNCH, Attorney General, | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 31, 2016

ANDREW GUILFORD
United States District Judge